AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 661 - Theft Within Special Maritime and Territorial Jurisdiction of the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**

Maximum prison term of 1 year
Maximum fine of $100,000
Maximum supervised release of 1 year
Mandatory special assessment fee of $25

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

United States Park Police, Department of the Interior

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM

**SCOTT N. SCHOOLS**

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 16 PM 4: 17
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N. DIST. OF CALIFORNIA

DEFENDANT - U.S.

▶ RYKY TRAN

DISTRICT COURT NUMBER

**CR 07 0652 MAG**

---

**— DEFENDANT —**

**IS NOT IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☐ Yes ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____

Before Judge: _____

Comments:

1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

FILED
07 OCT 16 PM 4: 17
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0652

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) VIOLATIONS: 18 U.S.C. § 661 - Theft Within Special Maritime and Territorial Jurisdiction of the United States (Class A Misdemeanor) |
| v. | ) |
| RYKY TRAN, | ) SAN FRANCISCO VENUE |
| Defendant. | ) |

MAG

INFORMATION

The United States Attorney charges:

COUNT ONE: 18 U.S.C. § 661 - Theft Within Special Maritime Jurisdiction

   On or about June 15, 2007, in the Northern District of California, within special maritime and territorial jurisdiction of the United States, the Defendant,

RYKY TRAN,

//
//
//

INFORMATION

1 | did take and carry away, with intent to steal or purloin, personal property belonging to another,
2 | to wit: a bicycle belonging to Sports Basement, in violation of Title 18, United States Code,
3 | Section 661.
4 |
5 | DATED: 10/13/07
6 |                                              SCOTT N. SCHOOLS
                                                 United States Attorney
7 |
8 |                                              _____
                                                 GREGG W. LOWDER
9 |                                              Chief, Major Crimes Section
10 |
11 | (Approved as to form: _____)
12 |                        WENDY THOMAS
                           Special Assistant United States Attorney

INFORMATION