1    SCOTT N. SCHOOLS (SCBN 9990)
     United States Attorney
2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12

13   UNITED STATES OF AMERICA,        )        CR No. 07-0652 MAG
                                       )
14                                     )
                    Plaintiff,         )        STIPULATION AND
15                                     )        ORDER EXCLUDING TIME
            v.                         )
16                                     )
     RYKY TRAN,                        )
17                                     )
                    Defendant.         )
18                                     )
     _____)
19

20        On October 19, 2007, the parties in this case appeared before the Court for an initial

21   appearance. At that time, the parties stipulated that time should be excluded from the Speedy

22   Trial Act calculations from October 19, 2007, to October 26, 2007, for effective preparation of

23   counsel, in that defense counsel required adequate time to review discovery. The parties

24   represented that granting the continuance would allow defense counsel reasonable time

25   necessary for effective preparation of counsel, taking into account the exercise of due diligence.

26   //

27   //

28   //

Stipulation and Order                    1

See 18 U.S.C. section 3161(b)(8)(B)(iv). The parties also agreed that the ends of justice served

by granting such a continuance outweighed the best interests of the public and the defendant in a

speedy trial. See 18 U.S.C. section 3161(b)(8)(A).


IT IS SO STIPULATED:

|  |  |
|---|---|
|  | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED:__10/19/07_____ | _____/s/_____<br>WENDY THOMAS<br>Special Assistant United States Attorney |
| DATED:__10/19/07_____ | _____/s/_____<br>GEOFFREY HANSEN<br>Attorney for Mr. Tran |


    As the Court found on October 19, 2007, and for the reasons stated above, the Court finds

that the ends of justice served by the continuance outweigh the best interests of the public and

the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

calculations from October 19, 2007, to October 26, 2007 for effective preparation of defense

counsel and the United States. See 18 U.S.C. section 3161(h)(8)(A). The failure to grant the

requested continuance would deny counsel reasonable time necessary for effective preparation of

counsel, taking into account the exercise of due diligence. See 18 U.S.C. section

3161(h)(8)(B)(iv).


SO ORDERED.


DATED:_____          _____
                              NANDOR J. VADAS
                              United States Magistrate Judge