1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

2
3
4
5
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,      )   CR No. 07-0652 MAG
                                    )
14 |                                )
           Plaintiff,               )   STIPULATION AND
15 |                                )   ORDER EXCLUDING TIME
        v.                          )
16 |                                )
   RYKY TRAN,                       )
17 |                                )
           Defendant.               )
18 |                                )
   _____ )
19

20    On October 19, 2007, the parties in this case appeared before the Court for an initial
21 appearance. At that time, the parties stipulated that time should be excluded from the Speedy
22 Trial Act calculations from October 19, 2007, to October 26, 2007, for effective preparation of
23 counsel, in that defense counsel required adequate time to review discovery. The parties
24 represented that granting the continuance would allow defense counsel reasonable time
25 necessary for effective preparation of counsel, taking into account the exercise of due diligence.
26 //
27 //
28 //

Stipulation and Order                    1

1   See 18 U.S.C. section 3161(b)(8)(B)(iv). The parties also agreed that the ends of justice served
2   by granting such a continuance outweighed the best interests of the public and the defendant in a
3   speedy trial. See 18 U.S.C. section 3161(b)(8)(A).
4
5   IT IS SO STIPULATED:
6                                           SCOTT N. SCHOOLS
                                            United States Attorney
7
8   DATED:__10/19/07_____            _____/s/_____
                                            WENDY THOMAS
9                                           Special Assistant United States Attorney
10
    DATED:__10/19/07_____           _____/s/_____
11                                          GEOFFREY HANSEN
                                            Attorney for Mr. Tran
12
13
14      As the Court found on October 19, 2007, and for the reasons stated above, the Court finds
15  that the ends of justice served by the continuance outweigh the best interests of the public and
16  the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act
17  calculations from October 19, 2007, to October 26, 2007 for effective preparation of defense
18  counsel and the United States. See 18 U.S.C. section 3161(h)(8)(A). The failure to grant the
19  requested continuance would deny counsel reasonable time necessary for effective preparation of
20  counsel, taking into account the exercise of due diligence. See 18 U.S.C. section
21  3161(h)(8)(B)(iv).
22
23  SO ORDERED.
24
25  DATED: 10/23/07                    _____
                                            NANDOR J. VADAS
26                                          United States Magistrate Judge
27
28

Stipulation and Order                       2