02/07/2008 01:59 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | **Case No. DCAN307CR000652** | | | | | | | |
| 001 | RYKY TRAN | 504100 | US V TRAN | | | | | | | |
| | | | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611015162 | 1 | PR | 25.00 | 01/30/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

CR07-652-WAG

**FILED**

FEB 2 5 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL

on 1-30-08

Page 1 of 1