02/27/2008 02:27 PM EDT

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN307CR000652 | | US V TRAN | | | | | | | |
| 001 | RYKY TRAN | 504100 | FINE-CRIME VICTIMS FUND | 500.00 | 0.00 | CT 34611016283 | 1 | PR | 500.00 | 02/26/2008 |
| 001 | RYKY TRAN | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611015162 | 1 | PR | 25.00 | 01/30/2008 |
| | | | | | | Division Payment Total | | | 525.00 | |
| | | | | | | Grand Total | | | 525.00 | |

$500.00 FINE PAID IN FULL ON 2-26-08

CR 07-652 MAC

**FILED**

MAR 21 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1